JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SLADE,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | Case No. CV 12-1137-JST (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated:  2/10/13

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE